-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEXTER SCOTLAND,

        Petitioner,

        -v-

MICHAEL PHILLIPS, Field Office Director for
Detention and Removal, Buffalo Field Office,
Bureau of Immigration and Customs Enforcement,

        Respondents.

14-CV-0977C
ORDER



---

Petitioner, Dexter Scotland, filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241, challenging his continued administrative custody/detention pending removal. (Docket No. 1). Respondent has filed a motion to dismiss the petition as moot inasmuch as petitioner was released from custody pursuant to an Order of Supervision executed on January 23, 2015. (Docket No. 9, Motion to Dismiss, Affidavit of Gail Y. Mitchell, Esq., sworn to January 30, 2015, ¶ ¶ 4-5, and Docket No. 9-1, Exhibit A, Order of Supervision and Addendum). Respondent's counsel has submitted a copy of the Order of Supervision and Addendum verifying the petitioner's release. (*Id.*, Exhibit A.)

Accordingly, in light of the fact that petitioner has been released from administrative detention, the respondents' motion to dismiss the petition is granted and the petition is dismissed. See *Masoud v. Filip*, NO. 08-CV-6345-CJSVEB, 2009 WL 223006 (W.D.N.Y., January 27, 2009) (confirming Report and Recommendation of U.S.M.J. Victor E. Bianchini) (petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 seeking release from detention pending removal moot upon release of petitioner from detention pursuant to an Order of Supervision); see also *Leybinsky v. United States Immigration and Customs*

*Enforcement*, 553 F. App'x 108, 2014 WL 503188 (2d Cir. Feb. 10, 2014) (Summary Order) (petitioner's release from ICE custody pending removal pursuant to a final order of removal moots his petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, and the "capable of repetition but evading review" exception to mootness doctrine inapplicable.)

The Clerk of the Court is directed to forward a copy of this Order to petitioner at the address set forth in the Order of Supervision: 398 West Gray Street, Elmira, New York 14901.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith and therefore denies leave to appeal as a poor person. *Coppedge v. United States*, 369 U.S. 438 (1962).

Petitioner must file any notice of appeal with the Clerk's Office, United States District Court, Western District of New York, within sixty (60) days of the date of judgment in this action. Requests to proceed on appeal as a poor person must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

IT HEREBY IS ORDERED, that the petition is dismissed; and

FURTHER, that leave to appeal as a poor person is denied.

SO ORDERED.

DATED: 3/9, 2015
Buffalo, New York
p:\pending\2014\14-977.2241.moot.mar2.2015

_____
JOHN T. CURTIN
United States District Judge